# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2018

SEAN F. McAVOY, CLERK

JESSICA FUQUA,

*Plaintiff*

v.

ASSOCIATED CREDIT SERVICES, INC., a Washington corporation, and PAUL J. WASSON and JANE DOE WASSON,

*Defendant*

Civil Action No. 2:17-CV-324-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion and Memorandum to Dismiss for Failure to State a Claim, or Alternatively Motion for Summary Judgment (ECF No. 24) is GRANTED in part: The Court enters summary judgment in favor of Defendants on Fuqua's FDCPA claims. Fuqua's remaining state law claims are DISMISSED without prejudice. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Motion and Memorandum to Dismiss for Failure to State a Claim or Alternatively Motion for Summary Judgment (ECF No. 24).

Date: May 24, 2018

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb