UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JESSICA FUQUA, and all others similarly situated,

    Plaintiff,

v.

ASSOCIATED CREDIT SERVICE INC., a Washington corporation; PAUL J WASSON AND JANE DOE WASSON, husband and wife,

    Defendants.

No. 2:17-CV-00324-SMJ

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

Jul 05, 2018

SEAN F. McAVOY, CLERK

Before the Court, without oral argument, is Plaintiff Jessica Fuqua's Motion for Reconsideration, ECF No. 41. Fuqua argues that the Court should reconsider its order granting summary judgment on the FDCPA claims against Defendants. Motions for reconsideration are generally disfavored, but are appropriately granted if the court "committed clear error or the initial decision was manifestly unjust." *Sch. Dist. No. 1J, Multnomah Cty.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Fuqua asserts the Court's conclusion that the putative "notary fee" was not a material misrepresentation to the consumer was clear error. In researching its decision, the Court found no cases directly on point, and Plaintiff's motion for reconsideration

ORDER - 1

cites no such case. Thus, despite Plaintiff's assertion that the Court "failed to consider applicable case law," it appears that Plaintiff simply disagrees with the Court's interpretation of the law. ECF No. 41. Because Plaintiff has not demonstrated that the Court has committed clear error, the Court declines to reconsider the order.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Motion for Reconsideration, **ECF No. 41**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2